UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23029-MGC

WINDY LUCIUS,

    Plaintiff,

v.

EWC FRANCHISE, LLC d/b/a
EUROPEAN WAX CENTER,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests this Court to terminate the action.

Dated: September 15, 2020        Respectfully submitted,

                                                  */s/ J. Courtney Cunningham*
                                                  J. Courtney Cunningham, Esq.
                                                  J. COURTNEY CUNNINGHAM, PLLC
                                                  FBN: 628166
                                                  8950 SW 74th Court, Suite 2201
                                                  Miami, FL 33156
                                                  T:  305-351-2014
                                                  cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                                  */s/ J. Courtney Cunningham*
                                                  J. Courtney Cunningham, Esq.